UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 23-191-MWF(PLAx)                                     Date: March 17, 2023

Title   Banjo McLachlan v. Caris Group, Inc.

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on January 11, 2023. (Docket No. 1). Plaintiff filed a Proof of Service of the Summons and Complaint on Defendant Caris Group, Inc. on February 3, 2023. (Docket No. 11). On February 9, 2023, the parties filed a Stipulation extending the time for Defendant to respond to the Complaint to March 10, 2023.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **MARCH 31, 2023**.

- ■ BY DEFENDANT: Response to the Complaint. The parties may also file a further Stipulation to extend the time for Defendant to respond to the Complaint.

    OR

- ■ BY PLAINTIFF: Application for the Clerk to Enter Default.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **MARCH 31, 2023** will result in the dismissal of this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-191-MWF(PLAx)**                                      Date:  March 17, 2023

Title         **Banjo McLachlan v. Caris Group, Inc.**

      IT IS SO ORDERED.

Initials of Preparer:  RS/sjm